# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT LINZY BELLON,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 75018

**FILED**

NOV 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge. Appellant Robert Bellon argues that the district court erred by denying his claim that the Nevada Department of Corrections (NDOC) incorrectly calculated his parole eligibility date. We disagree and therefore affirm.

Even though Bellon is serving a sentence of life without the possibility of parole for a first-degree-murder conviction, NRS 213.12135 affords him parole eligibility because he was a juvenile at the time of the offense and the offense resulted in the death of only one victim. In particular, Bellon is eligible for parole on the sentence for the murder after he "has served 20 calendar years of incarceration." NRS 213.12135(1)(b). Interpreting that statute, NDOC appropriately concluded that Bellon was not eligible for parole until he served 20 calendar years *on the murder conviction*. We reject Bellon's argument that the 20 calendar years he must serve before being eligible for parole under NRS 213.12135(1)(b) includes

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

the time that he served on now-expired sentences for unrelated offenses that also were committed when he was a juvenile. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Linda Marie Bell, Chief Judge
Robert Linzy Bellon
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk